l + f

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GARY LABARBERA and FRANK FINKEL,
Trustees of Local 282 International Brotherhood of
Teamsters Welfare, Pension, Annuity, Job Training
and Vacation Sick Leave Trust Funds,                    MEMORANDUM AND ORDER

                          Plaintiffs,                    07-CV-4698 (NG) (SMG)

    - against -

AVALINE TRUCKING INC. and SHARON MAY
WILBY d/b/a AVALINE TRUCKING,

                          Defendants.
-----------------------------------------------------------------x

**GERSHON, United States District Judge:**

No objections having been filed, the unopposed Report and Recommendation of Judge Steven M. Gold, is hereby adopted in its entirety. The Court directs that the claims against defendant Avaline Trucking Inc. be dismissed, and that judgment be entered against defendant Sharon May Wilby in the following amounts: $114.08 in interest, $362.30 in liquidated damages, $4,324.00 in legal fees, and $567.25 in costs.

All other requests for relief are denied. The Clerk of Court is respectfully directed to close this case.

                                                  SO ORDERED.

                                                  s/Hon. Nina Gershon
                                                  _____
                                                  NINA GERSHON
                                                  United States District Judge

Dated:   October 26, 2009
           Brooklyn, New York